**Electronically Filed
Supreme Court
SCWC-18-0000536
10-FEB-2020
03:53 PM**

SCWC-18-0000536

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DL, Petitioner/Plaintiff-Appellant,

vs.

CL, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000536; FC-D NO. 16-1-1014)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant DL's application for writ of certiorari filed on January 7, 2020, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, February 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

